UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; MAVERICK RECORDING COMPANY, a California joint venture; MOTOWN RECORD COMPANY, L.P., a California limited partnership; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,

            Plaintiffs,

v.

DOES 1 - 7,

           Defendants.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No.: 5:07-cv-00627

---

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant Does 1 - 7, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: July 31, 2007



SO ORDERED
FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE
8/1/07

**WOLFORD & LECLAIR LLP**

By:  *s/ Steven E. Cole*
Steven E. Cole, Esq.
Bar. No. 301499
*Attorneys for Plaintiffs*
600 Reynolds Arcade Building
16 East Main Street
Rochester, New York 14614
Telephone: (585) 325-8000
Fax: (585) 325-8009
E-mail: scole@wolfordleclair.com